UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEON D. SEARLES, JR.,<br><br>                    Plaintiff,<br><br>     v.<br><br>LOREN D. OAKLEY,<br><br>                    Defendants. | NO: 1:22-CV-3049-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Dismissal (ECF No. 12). Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without the award of costs or fees to any party.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1    The District Court Executive is directed to enter this Order and Judgment of

2   Dismissal, furnish copies to Plaintiff, and **CLOSE** the file.

3        DATED June 8, 2022.



                        THOMAS O. RICE
                 United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2