AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LEON D. SEARLES, JR., | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| LOREN D. OAKLEY, | |
| *Defendant* | |

Civil Action No.   1:22-CV-3049-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   All claims and causes of action in this matter are DISMISSED without prejudice and without the award of costs or fees to any party.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE _____

on Plaintiff's Motion for Voluntary Dismissal. ECF No. 12.

Date:  June 8, 2022 _____

CLERK OF COURT

SEAN F. McAVOY _____

*s/ B. Fortenberry* _____
*(By) Deputy Clerk*

B. Fortenberry _____